This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39654

**STATE OF NEW MEXICO,**

Plaintiff-Appellant,

v.

**ERIC CHINO,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Cindy Leos, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Peter J. Valencia, III, Assistant Attorney General
Albuquerque, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellee

### MEMORANDUM OPINION

**BOGARDUS, Judge.**

{1}     The State appeals from the district court's order dismissing a criminal charge without prejudice. This Court issued a notice of proposed disposition, proposing to affirm the district court. The State has filed a timely notice of intent not to file a memorandum in opposition and indicated that the State does not oppose the proposed affirmance. Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm the district court.

{2}     **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**SHAMMARA H. HENDERSON, Judge**